IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES CREEL                                                                                       PLAINTIFF

vs.                                                           CIVIL ACTION NO. 2:17-CV-30-KS-MTP

EDDIE H. BOWEN, ET AL                                                              DEFENDANTS

## ORDER

BEFORE THE COURT is a Notice of Appeal [23] and Motion to Proceed on Appeal In Forma Pauperis [25] filed by James H. Creel. One of the requirements to proceed *in forma pauperis* is a financial authorization to be completed by Petitioner. This document was furnished to Mr. Creel and was signed by him and attached as page 3 of document [25]. It clearly states, "IT IS THE PETITIONER'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON OFFICIAL TO COMPLETE AND CERTIFY THE CERTIFICATE BELOW".

The Certificate was not completed by the authorized officer at the institution.

IT IS ORDERED by this Court that the Petitioner, James Creel, has thirty (30) days from the date of this Order to have the authorization completed by the authorized officer and filed with the Court. If this properly completed certification is not filed within said thirty (30) days, the Petitioner is noticed that the Petition may be dismissed.

SO ORDERED this the __14th___ day of June, 2017.

                                                              ____s/Keith Starrett_____
                                                              UNITED STATES DISTRICT JUDGE